# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN MCNEAL, ) | |
| ) | |
| Plaintiff, ) | Case No.  2:12-cv-01717-GMN-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| NYE COUNTY SCHOOL DISTRICT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

      This matter is before the Court on Defendant Nye County School District's Emergency Request to Stay Discovery (#43), filed February 25, 2012.[1]  The Court has reviewed the request and finds there is good cause for the proposed stay of discovery.  *See e.g., Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988) (courts have broad discretionary power to control discovery).  The stay will be limited to thirty (30) days.

      Based on the foregoing and good cause appearing therefore,

      **IT IS HEREBY ORDERED** that Defendant Nye County School District's Emergency Motion to Stay Discovery (#43) is **granted**.

      **IT IS FURTHER ORDERED** that the parties shall submit a written Joint Status Report by April 1, 2013 detailing the continuing need, if any, for the stay.

      DATED this 1st day of March, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**

---

[1] The requested stay was included in the Defendant's Limited Opposition to Plaintiffs' Motion to Consolidate.