1   THOMAS P. BEKO, ESQ. (#002653)
2   ERICKSON, THORPE & SWAINSTON, LTD.
    99 West Arroyo Street
3   P.O. Box 3559
    Reno, Nevada 89505
4   Telephone: (775) 786-3930
    *Attorney for Defendant* NYE COUNTY SCHOOL
5   DISTRICT

6

7                   UNITED STATES DISTRICT COURT

8                        DISTRICT OF NEVADA

9

10  JONATHAN McNEAL, a minor, by          Case No.:
    and through his natural parents,
11  Tammie McNeal and Kevin McNeal,       2:12-cv-01717-GMN-CWH (Base Case)
                                          2:12-cv-02006-GMN-CWH
12              Plaintiff,                2:12-cv-02011-GMN-CWH

13  vs.

14  NYE COUNTY SCHOOL DISTRICT,
    a political subdivision of the State of Nevada;
15  SARAH HOPKINS, individually; HOLLY
    LEPISTO, individually; PHYLLIS DUSHANE,
16  individually; KATHRYN CUMMINGS,
    individually,
17
                Defendants.
18  _____/

19          **STIPULATED PROTECTIVE ORDER (SECOND)**

20          To adequately protect material entitled to be kept confidential, pursuant to the Court's

21  authority under Federal Rule of Civil Procedure ("Fed.R.Civ.Proc.") 26(c) and with the

22  consent of the parties hereto, it is hereby ORDERED:

23          1.      In accordance with the Basic Disclosure Principles described at paragraph 3,

24  page 2-3, of the STIPULATED PROTECTIVE ORDER entered by this court on March 4,

25  2013 (Doc. #49), in the event that Case No. 2:12-cv-01717-GMN-CWH is consolidated with

26  any other matter, no party to the Stipulated Protective Order filed by the parties on February

27  28, 2013 (Doc. #47) may disclose documents designated as confidential to any additional

28  party, until that party or counsel for that party has agreed to be bound by the stipulation and

*Erickson, Thorpe & Swainston, Ltd.*
*P.O. Box 3559*
*Reno, Nevada 89505*
*Tel. (775) 786-3930 Fax (775) 786-4160*

1   order.

2       2.    This court by Order dated May 3, 2013 (Doc. #68) granted Plaintiff's Motion

3   to Consolidate cases No. 2:12-cv-01717-GMN-CWH, 2:12-cv-02006-JCM-CWH, and 2:12-

4   cv-02011-APG-GWF. Confidential information will now henceforth be disclosed among all

5   parties to the consolidated action, including but not limited to documents that are designated

6   as Confidential in accordance with the STIPULATED PROTECTIVE ORDER entered by

7   this court on March 4, 2013 (Doc. #49), information contained within such documents, and

8   documents, such as pleadings and discovery responses, that incorporate such information (see

9   paragraph 1.d, page 2, of the STIPULATED PROTECTIVE ORDER).

10       3.    Accordingly, the parties in each of the cases listed under paragraph 2 above

11   agree to be bound by the STIPULATED PROTECTIVE ORDER entered by this court on

12   March 4, 2013 (Doc. #49), with the case designation revision in Exhibit A, attached.

13   Agreed to by:

14   Dated: June 18, 2013.

15   ERICKSON, THORPE & SWAINSTON, LTD.

16   

17   By: /s/ Thomas P. Beko, Esq.
    THOMAS P. BEKO, ESQ.
    *Attorneys for Defendant Nye County School District*

18   

19   PARKER, SCHEER, LAGOMARSINO

20   

21   By: /s/ Andre M. Lagomarsino, Esq.
    ANDRE M. LAGOMARSINO, ESQ.
    *Attorneys for Plaintiffs JONATHAN McNEAL, COLLIN COLEMAN, LOGAN COLEMAN*

22   

23   TANNER LAW FIRM

24   

25   By: /s/ David A. Tanner, Esq.
    DAVID A. TANNER, ESQ.
    *Attorneys for Plaintiff JAYDELYN TILLMAN*

26   

27   ///

28   ///

1  MARQUIS & AURBACH

2
   By: /s/ Craig R. Anderson, Esq.
3  CRAIG R. ANDERSON, ESQ.
   *Attorneys for Defendants Cummings and Dushane*
4

5  THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER

6
   By: /s/ Phillip Goodhart, Esq.
7  PHILIP GOODHART, ESQ.
   *Attorneys for Defendant Hopkins*
8

9  PITEGOFF LAW OFFICE

10
   By: /s/ Jeffrey I. Pitegoff, Esq.
11 JEFFREY I. PITEGOFF, ESQ.
   *Attorneys for Defendant Lepisto*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2    IT IS SO ORDERED.

3    DATED this _19_ day of _____June_____, 2013.

4

5

6    By:_____

7    Honorable Carl W. Hoffman
     UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1                           **EXHIBIT A**

2          **AGREEMENT TO BE BOUND BY PROTECTIVE ORDER**

3         I, _____, hereby declare that I have received a copy

4  of, read, and understand the Stipulated Protective Ordered entered in JONATHAN

5  MCNEAL, a minor, by and through his natural parents, Tammie McNeal and Kevin

6  McNeal, Plaintiff, v. NYE COUNTY SCHOOL DISTRICT, a political subdivision of the

7  State of Nevada; SARAH HOPKINS, individually; HOLLY LEPISTO, individually;

8  PHYLLIS DUSHANE, individually; KATHRYN CUMMINGS, individually;

9  Defendants, United States District Court for the District of Nevada, **Case No. 2:12-cv-**

10  **01717-GMN-CWH (Base Case)**, on _____ [DATE] (the "Protective

11  Order"). I hereby acknowledge that I have received confidential documents and

12  information, as defined in the Protective Order, and, on pain of contempt of court, I

13  hereby declare that, I will not disclose any part of the confidential documents and

14  information to any third party without consent of an attorney of record in this case, I will

15  use my best efforts to maintain the confidential nature of the documents and information,

16  and I will return or destroy the confidential documents and information in accordance

17  with the terms of the Protective Order.

18         I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing

19  is true and correct. Executed on _____ [DATE].

20

21  _____

22  (Signature)

23

24  _____

25  (Printed Name)

26

27

28