# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jonathan McNeal, <br><br> Plaintiff <br><br> vs. <br><br> Nye County School District, et al., <br><br> Defendants | Case No.: 2-12-cv-01717-JAD-CWH <br><br> **Order Regarding Motion to Dismiss Punitive Damages Claims Against Defendant Nye County School District [Doc. 11]** |

## I.
## Introduction

This is action alleges civil rights claims and various torts against the Nye County School District and four of its alleged employees. The Complaint, Doc. 1, contains 16 claims for relief and prays for compensatory and punitive damages. On October 19, 2012, the School District moved to dismiss any punitive damage claim asserted against it. Doc. 11. The School District argues that Plaintiffs' eighth, ninth, tenth, twelfth, thirteenth, and fourteenth claims for relief against various individual alleged employees *and* the School District pray for punitive damages against "Defendant" but Plaintiff does not specify which defendant is the target of those punitive damages claims. Doc. 11 at 2. And the School District notes that, as a matter of law, punitive damages are not recoverable against a municipality. *Id*. at 3. Plaintiff does not dispute that punitive damages are not available against the School District. Doc. 12 at 1–2. He states, "to clarify any potential misconception of Plaintiff's Complaint, Plaintiff is not asserting a claim for punitive damages against" the School District," and asks the Court to deny the motion to dismiss as moot. *Id*. at 2.

## II.

### Discussion and Disposition

The Court agrees with the School District that paragraphs 93, 101, 109, 128, 135, and 142 in the Complaint pray for punitive damages against "Defendant" without identifying which defendant (of the two that are the subject of these respective claims) it is referring to, leaving it unclear whether Plaintiff is seeking punitive damages against the School District. All doubt on that subject, however, was removed by the Plaintiff's representation in his Response that "Plaintiff is not asserting a claim for punitive damages against Defendant NCSD." Doc. 12 at 2:3–4.

The Court takes Plaintiff and his counsel at their word and construes paragraphs 93, 101, 109, 128, 135, and 142 to pray for punitive damages only against the individual defendants that are a subject of the respective causes of action in which these paragraphs are found. Accordingly, the School District's Motion is DENIED as moot as there is no dispute that the Plaintiff does not—and did not intend to—seek punitive damages against the School District.

Accordingly, and good cause appearing, IT IS ORDERED that Defendant Nye County School District's Motion to Dismiss **[Doc. 11]** is **DENIED** as moot.

DATED September 26, 2013.

Jennifer A. Dorsey
United States District Judge

2