**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jamie A. Frost, Esq.
Nevada Bar No. 11507
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jfrost@maclaw.com
  Attorneys for Defendants Dushane and Cummings

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN MCNEAL, a minor, by and through his natural parents, Tammie McNeal and Kevin McNeal,<br><br>                      Plaintiff,<br><br>vs.<br><br>NYE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; SARAH HOPKINS, individually; HOLLY LEPISTO, individually; PHYLLIS DUSHANE, individually and KATHERINE CUMMINGS, individually,<br><br>                      Defendants. | Case No.:   2:12-cv-01717-JAD-CWH<br><br>Consolidated With Cases:<br><br>2:12-cv-02006-JAD-CWH<br>2:12-cv-02011-JAD-CWH |

**DEFENDANT KATHERINE CUMMINGS' REQUEST FOR EXCEPTION OF ATTENDANCE REQUIREMENT AT SETTLEMENT CONFERENCE SCHEDULED FOR JULY 28, 2014**

Defendant Katherine Cummings ("Cummings"), by and through her attorneys of record, Craig R. Anderson, Esq. and Jamie A. Frost, Esq., hereby submit this Request for Exception of Attendance at the Settlement Conference scheduled for July 28, 2014. The settlement conference in this matter is scheduled for Monday, July 28, 2014, at 9:00 a.m.

Defendant Cummings currently resides in Reno, Nevada. Therefore, she requests an exception of attendance as it is financially burdensome and, as set forth below, unnecessary for Ms. Cummings to attend the settlement conference. The following facts support this request:

. . .

. . .

MAC:11779-050 2265081_1 7/2/2014 3:46 PM

1. Defendant Cummings currently lives in Reno, Nevada and is no longer an employee of Floyd Elementary ("Floyd") located in the Nye County School District ("NCSD") or NCSD.

2. Further, because only official capacity claims exist against Defendant Cummings, Nevada Public Agency Insurance Pool has full settlement authority regarding all claims on behalf of Defendant Cummings.

3. A representative of Nevada Public Agency Insurance Pool and Defendant Cummings's counsel will be in attendance with full settlement authority for all claims.

4. Defendant Cummings does not have the resources and attendance at the settlement conference would be financially burdensome.

5. Finally, Plaintiffs do not have any opposition to Defendant Cummings' request for exception of attendance requirement at the settlement conference.

For the reasons set forth above, Defendant Cummings respectfully requests that her attendance requirement for this settlement conference be waived.

Dated this 2nd day of July, 2014.

MARQUIS AURBACH COFFING

By: /s/ Jamie A. Frost
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jamie A. Frost, Esq.
Nevada Bar No. 11507
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants Dushane and Cummings

MAC:11779-050 2265081_1 7/2/2014 3:46 PM

## ORDER

IT IS SO ORDERED THAT, good cause appearing therefore, that Defendant Katherine Cummings's attendance at the settlement conference on July 28, 2014, at 9:00 a.m., is waived.

Dated this __3__ day of July, 2014.

_____
United States Magistrate Judge

MAC:11779-050 2265081_1 7/2/2014 3:46 PM