**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jamie A. Frost, Esq.
Nevada Bar No. 11507
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jfrost@maclaw.com
   Attorneys for Defendants Dushane and Cummings

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN MCNEAL, a minor, by and through his natural parents, Tammie McNeal and Kevin McNeal,<br><br>Plaintiff,<br><br>vs.<br><br>NYE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; SARAH HOPKINS, individually; HOLLY LEPISTO, individually; PHYLLIS DUSHANE, individually and KATHERINE CUMMINGS, individually,<br><br>Defendants. | Case No.:   2:12-cv-01717-JAD-CWH<br><br>Consolidated With Cases:<br><br>2:12-cv-02006-JAD-CWH<br>2:12-cv-02011-JAD-CWH |

**DEFENDANT PHYLLIS DUSHANE'S REQUEST FOR EXCEPTION OF ATTENDANCE REQUIREMENT AT SETTLEMENT CONFERENCE SCHEDULED FOR JULY 28, 2014**

Defendant Phyllis Dushane ("Dushane"), by and through her attorneys of record, Craig R. Anderson, Esq. and Jamie A. Frost, Esq., hereby submit this Request for Exception of Attendance at the Settlement Conference scheduled for July 28, 2014. The settlement conference in this matter is scheduled for Monday, July 28, 2014, at 9:00 a.m.

Defendant Dushane currently resides in the state of Colorado. Therefore, she requests an exception of attendance as it is financially burdensome and, as set forth below, unnecessary for Ms. Dushane to attend the settlement conference. The following facts support this request:

1. Defendant Dushane currently lives in Colorado and is no longer an employee of Floyd Elementary ("Floyd") located in the Nye County School District ("NCSD") or NCSD.

MAC:11779-050 2265149_1 7/2/2014 3:47 PM

2. Defendant Dushane has cancer and is currently undergoing treatment.

3. Additionally, Defendant Dushane's husband is also sick and resides in a nursing home which Defendant Dushane visits on a regular basis.

4. Further, because only official capacity claims exist against Defendant Dushane, Nevada Public Agency Insurance Pool has full settlement authority regarding all claims on behalf of Defendant Dushane.

5. A representative of Nevada Public Agency Insurance Pool and Defendant Dushane's counsel will be in attendance with full settlement authority for all claims.

6. Defendant Dushane does not have the resources and attendance at the settlement conference would be financially burdensome.

7. Finally, Plaintiffs do not have any opposition to Defendant Dushane's request for exception of attendance requirement at the settlement conference.

For the reasons set forth above, Defendant Dushane respectfully requests that her attendance requirement for this settlement conference be waived.

Dated this <u>2nd</u> day of July, 2014.

        MARQUIS AURBACH COFFING

        By: <u>/s/ Jamie A. Frost</u>
           Craig R. Anderson, Esq.
           Nevada Bar No. 6882
           Jamie A. Frost, Esq.
           Nevada Bar No. 11507
           10001 Park Run Drive
           Las Vegas, Nevada 89145
           Attorneys for Defendants Dushane and Cummings

## ORDER

IT IS SO ORDERED THAT, good cause appearing therefore, that Defendant Phyllis Dushane's attendance at the settlement conference on July 28, 2014, at 9:00 a.m., is waived.

Dated this __3__ day of July, 2014.

_____
United States Magistrate Judge

MAC:11779-050 2265149_1 7/2/2014 3:47 PM