1   THOMAS P. BEKO, ESQ. (#002653)
    ERICKSON, THORPE & SWAINSTON, LTD.
2   99 West Arroyo Street
    P.O. Box 3559
3   Reno, Nevada 89505
    Telephone: (775) 786-3930
4   *Attorneys for Defendant Nye County School District*

5

6            **UNITED STATES DISTRICT COURT**

7              **DISTRICT OF NEVADA**

8

9   JONATHAN McNEAL, a minor, by and     Case No.: 2:12-cv-01717-JAD-CWH
    through his natural parents, Tammie McNeal              (Base Case)
10   and Kevin McNeal,

11         Plaintiff,

12   vs.                                  Consolidated with:

13   NYE COUNTY SCHOOL DISTRICT, a     **Case No. 2:12-cv-2006-JAD-CWH**
    political subdivision of the State of Nevada;
14   SARAH HOPKINS, individually; HOLLY                and
    LEPISTO, individually; PHYLLIS DUSHANE,
15   individually; KATHRYN CUMMINGS,     Case No.: 2:12-cv-02011-JAD-CWH
    individually,
16

17         Defendants.
    _____/

18     **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

19        COMES NOW, Plaintiff, JADELYN TILLMAN, a minor, by and through her natural

20 MOTHER, BETHANY CARLETON, by and through her attorney, The Tanner Law Firm,

21 and David A. Tanner, Esq.; and Defendants NYE COUNTY SCHOOL DISTRICT, a

22 political subdivision of the State of Nevada, by and through their attorneys, Erickson, Thorpe

23 & Swainston, Ltd., and Thomas P. Beko, Esq., SARAH HOPKINS, individually, by and

24 through her attorneys, Thorndal, Armstrong, Delk, Balkenbush & Eisinger, and Philip

25 Goodhart, Esq.; HOLLY LEPISTO, individually, by and through her attorney Jeffrey I.

26 Pitegoff, Esq; PHYLLIS DUSHANE, individually, and KATHRYN CUMMINGS,

27 individually, by and through their attorneys Marquis & Aurbach , and Craig Anderson, Esq.,

28 ///

Erickson, Thorpe & Swainston, Ltd.
P.O. Box 3559
Reno, Nevada 89505
Tel. (775) 786-3930 Fax (775) 786-4160

1  and hereby stipulate that the above-entitled action may be dismissed, with prejudice, with

2  each party to bear their own court costs and attorneys' fees.

3  Dated this 4th day of August, 2014.

4  ERICKSON, THORPE & SWAINSTON, LTD.

5
6  By: /s/ Thomas P. Beko, Esq.
   THOMAS P. BEKO, ESQ.
7  *Attorneys for Defendant Nye County School District*

8  TANNER LAW FIRM

9
10 By: /s/ David A. Tanner, Esq.
   DAVID A. TANNER, ESQ.
   *Attorneys for Plaintiff JADELYN TILLMAN, a minor, by and through her natural MOTHER,*
11 *BETHANY CARLETON*

12
   MARQUIS AURBACH COFFING
13

14 By: /s/ Craig R. Anderson, Esq.
   CRAIG R. ANDERSON, ESQ.
15 *Attorneys for Defendants Cummings and Dushane*

16
17 THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER

18 By: /s/ Philip Goodhart, Esq.
   PHILIP GOODHART, ESQ.
19 *Attorneys for Defendant Hopkins*

20
21 PITEGOFF LAW OFFICE

22 By: /s/ Jeffrey I. Pitegoff, Esq.
   JEFFREY I. PITEGOFF, ESQ.
23 *Attorneys for Defendant Lepisto*

24                          **ORDER**

25        Based upon the parties' stipulation, **IT IS HEREBY ORDERED** that all claims asserted

26 in this consolidated action by Plaintiff Jadelyn Tillman, a minor, by and through her mother

27 Bethany Carleton, are DISMISSED with prejudice, each side to bear its own fees and costs. The
   Clerk of Court is directed to close case no. 2:12-cv-2006-JAD-CWH and file a copy of this order

28 in base case no. 2:12-cv-1717-JAD-CWH.

        Dated: August 13, 2014.

                                   _____
                                   UNITED STATES DISTRICT JUDGE