THOMAS P. BEKO, ESQ. (#002653)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorney for Defendant Nye County School District*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN McNEAL, a minor, by and through his natural parents, Tammie McNeal and Kevin McNeal,<br><br>Plaintiff,<br><br>vs.<br><br>NYE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; SARAH HOPKINS, individually; HOLLY LEPISTO, individually; PHYLLIS DUSHANE, individually; KATHRYN CUMMINGS, individually,<br><br>Defendants. | Case No.:<br><br>2:12-cv-01717-JAD-CWH (Base Case)<br>2:12-cv-02006-JAD-CWH<br>2:12-cv-02011-JAD-CWH |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, JONATHAN McNEAL, a minor, by and through his natural PARENTS, TAMMIE McNEAL and KEVIN McNEAL, by and through his attorneys, Parker/Scheer Lagomarsino, and Andre M. Lagomarsino, Esq.; and Defendants NYE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, by and through their attorneys, Erickson, Thorpe & Swainston, Ltd., and Thomas P. Beko, Esq.; SARAH HOPKINS, individually, by and through her attorneys, Thorndal, Armstrong, Delk, Balkenbush & Eisinger, and Philip Goodhart, Esq.; HOLLY LEPISTO, individually, by and through her attorneys Morris Sullivan Lemkul & Pitegoff, and Jeffrey I. Pitegoff, Esq; PHYLLIS DUSHANE, individually, and KATHRYN CUMMINGS, individually, by and through their attorneys Marquis & Aurbach, and Craig Anderson, Esq., and hereby stipulate

1

that the above-entitled action may be dismissed, with prejudice, with each party to bear their own court costs and attorneys' fees.

Dated this 4th day of ~~February~~ March, 2015.

PARKER/SCHEER LAGOMARSINO

By: /s/ Andre M. Lagomarsino, Esq.
ANDRE M. LAGOMARSINO, ESQ.
*Attorneys for Plaintiff JONATHAN McNEAL, a minor, by and through his natural PARENTS, TAMMIE McNEAL and KEVIN McNEAL*

ERICKSON, THORPE & SWAINSTON, LTD.

By: /s/ Thomas P. Beko, Esq.
THOMAS P. BEKO, ESQ.
*Attorneys for Defendant Nye County School District*

MARQUIS AURBACH COFFING

By: /s/ Craig R. Anderson, Esq.
CRAIG R. ANDERSON, ESQ.
*Attorneys for Defendants Cummings and Dushane*

THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER

By: /s/ Philip Goodhart, Esq.
PHILIP GOODHART, ESQ.
*Attorneys for Defendant Hopkins*

MORRIS SULLIVAN LEMKUL & PITEGOFF

By: /s/ Jeffrey I. Pitegoff, Esq.
JEFFREY I. PITEGOFF, ESQ.
*Attorneys for Defendant Lepisto*

## ORDER

Based on the parties' stipulation [224] this action is DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is instructed to close this case, and all cases consolidated with this case.

Dated: March 5, 2015.

_____
UNITED STATES DISTRICT JUDGE

2